IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| RANDY JOHNSON, | * |
| Plaintiff, | * |
| v. | Case No. 4:22-cv-129-CDL-MSH |
| | * |
| MUSCOGEE COUNTY JAIL, *et al.,* | |
| | * |
| Defendants. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 17, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 17th day of January, 2023.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk